84 657
53a 8

ALEXANDER, *Receiver*, *Appellant*, v. ROLLINS *et al.*

1. **Negotiable Instruments:** INSURANCE COMPANIES, POWERS OF. Insurance companies have in the general conduct of their business the power to take, hold and negotiate negotiable paper.

2. ———. Stock notes of a mutual insurance company which are negotiable in form are negotiable in fact.

3. ———: NOTICE: FRAUD. A payment by the maker to the fraudulent holder of a negotiable note, without notice of the fraud, discharges the maker from liability thereon to the payee.

4. **Agency.** In the absence of evidence of express appointment, of ratification, or of an estoppel, there is no sufficient evidence of agency.

5. **Corporations:** STOCKHOLDERS: NEGOTIABLE INSTRUMENTS. A stockholder who sells his stock, to one who offers him in part payment the negotiable securities given by him to the corporation for the stock, is not bound to inquire as to how these securities were obtained.

6. ———: NOTICE. A stockholder who sells his stock is not, by reason of entries on the books of the corporation which do not evidence fraud, affected with notice of a fraudulent conspiracy between the directors and the purchaser to wreck the corporation. *

---

* These syllabi are taken from 14 Mo. App. 109.

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*J. B. Heiskell, W. L. Scott* and *E. McGinnis* for appellant.

*Overall & Judson* for respondent.

SHERWOOD, J.—Fully concurring in the opinion of the St. Louis court of appeals delivered by Bakewell, J., and the reasons therein given, we affirm the judgment.